**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**CIVIL ACTION NO. 1:05CV818**

| | |
|---|---|
| **MICHAEL WITTENBERG and DEBBIE WITTENBERG**, on behalf of their son, J. W., as well as on their own behalf,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>**WINSTON-SALEM/FORSYTH COUNTY BOARD OF EDUCATION, a/k/a Winston-Salem/Forsyth County Schools,**<br><br>　　　　　　　Defendant. | **Order Granting Plaintiffs' Motion for Clarification Regarding Attorney Punger's Appearance and Representation** |

　　　　THIS CAUSE is before the Court on Plaintiffs' Motion for Clarification Regarding Attorney Punger's Appearance and Representation. The Court has considered the motion and finds there is good cause to grant Plaintiffs' motion.

　　　　**IT IS THEREFORE ORDERED** that Plaintiffs' motion (Pleading No. 47) is **GRANTED** and that Attorney Douglas S. Punger's name shall be removed from the service list for all future filings in this cause.

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ P. Trevor Sharp
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Date: March 12, 2007